**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **BERNICE FRIMPONG**, | **NOTICE OF VOLUNTARY DISMISSALWITH PREJUDICE** |
| Plaintiff, | |
| -against- | |
| **TULIP MANAGEMENT LLC,** JOHN DOE 1-X, persons yet unknown, Limited Liability Companies, Partnerships, Corporations 1-X, entities yet unknown, | **CASE NO.: 22-cv-4435-RPK-CLP** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), BERNICE FRIMPONG ("Plaintiff"), by and through her undersigned counsel, hereby voluntarily dismisses this action with prejudice and without costs or fees, all matters in dispute having been resolved pursuant to the parties' confidential settlement agreement. Plaintiff also withdraws her Amended Motion for Default Judgment [ECF Doc. No. 17] and her Affidavit of Attorney's Fees, Costs, and Declaration [ECF Doc. No. 15].

Dated: October 6, 2023

*Michael Grinblat*

LAW OFFICES OF MICHAEL GRINBLAT
Michael Grinblat, Esq.
10 East 39th Street, 12th Floor
New York, NY 10016
Telephone: (347) 796-0712
Email: michael.grinblatesq@gmail.com
*Attorney for Plaintiff Bernice Frimpong*

SO ORDERED

_____
Rachel P. Kovner,
United States District Court Judge